UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
MATTHEW V. ABATE
LESLIE A. KIRK-ABATE  CASE NO. 08-72720

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** CitiMortgage Inc.          **Court claim #:** (if known) **9**

**Last four digits** of any number used to identify the debtor's account: 9377

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $1,822.88 (Per Creditor's Proof of Claim) |
| Amount Paid by Trustee | $1,822.88 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐  Thru the Chapter 13 Plan          ☒  Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/15/14              /s/Fiona Whelan
                             Fiona Whelan, Attorney for
                             Lydia S. Meyer, Trustee
                             308 W. State St., Suite 212
                             Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 15th Day of May, 2014.

Dated:  5/15/14              /s/Cynthia K. Burnard

CITIMORTGAGE INC
PO BOX 6941
THE LAKES, NV 88901-6941

CITIMORTGAGE INC.
PO BOX 183040
COLUMBUS, OH  43218-3040

CITIMORTGAGE, INC.
PO BOX 9013
ADDISON, TX 75001

CITIMORTGAGE INC
PO BOX 829009
DALLAS, TX 75382-9009

MATTHEW V. ABATE
LESLIE A. KIRK-ABATE
847 FIELDCREST DRIVE
BYRON, IL  61010

ATTORNEY DAVID H. CARTER
ROCKFORD BANKRUPTCY CLINIC
ONE COURT PLACE, SUITE 401
ROCKFORD, IL  61101